**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2019**

RAMONA ORTIZ,

        Plaintiff - Appellant,

     v.

JAMES E. POTTER, Postmaster General; UNITED STATES POSTAL
SERVICE,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Raymond A. Jackson,
District Judge. (1:07-cv-01073-RAJ-TAJ)

Submitted: January 15, 2009      Decided: January 21, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ramona Ortiz, Appellant Pro Se.   Catherine DeRoever Wood,
Assistant United States Attorney, Alexandria, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ramona Ortiz appeals the district court's order denying her Fed. R. Civ. P. 60(b) motion for reconsideration of its previous order granting Defendants summary judgment on her employment discrimination claims.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Ortiz v. Potter, No. 1:07-cv-01073-RAJ-TAJ (E.D. Va. Aug. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] On appeal, Ortiz attempts to challenge the order of the district court granting Defendants summary judgment on her substantive claims. However, we lack jurisdiction to consider that decision because Ortiz filed her motion for reconsideration more than ten days after the summary judgment order was entered, and thus did not extend the period for appealing that order. See Fed. R. App. P. 4(a)(4); Bowles v. Russell, 127 S. Ct. 2360, 2366 (2007). Accordingly, only the order denying reconsideration is currently before this court.